IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                  :    Chapter 11
                                       :
UFC Interlake Holding Co.              :    Case No. 09-10021 (KJC)
                                       :
              Debtor.                  :
---------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS

| Shareholder | Class of Stock | Aggregate Number of Shares | Percentage of Total Shares |
|---|---|---|---|
| Wynnchurch Capital Partners, L.P. 6250 N River Rd, Suite 10-100 Rosemont, IL 60018 | Common | 2.000 | 50.0% |
| Wynnchurch Capital Partners Canada, L.P. 6250 N River Rd, Suite 10-100 Rosemont, IL 60018 | Common | 2.000 | 50.0% |
| Daniel P. Wilson 1 Lakeside Lane North Barrington, IL 60010 | Restricted Common | 1,200.320 | 59.4% |
| Jacqueline M. Barry 346 Eggleston Ave Elmhurst, IL 60126 | Restricted Common | 160.043 | 7.9% |
| Bobby A. Stokes 6755 Hidden Haven Rd Sumter, SC 29154 | Restricted Common | 120.032 | 5.9% |
| Robert Leech 4504 Chattahoochee Way Marietta, GA 30067 | Restricted Common | 180.048 | 8.9% |
| Jeffrey Nicklaus 1522 Chadwyck Lane Manheim, PA 17545 | Restricted Common | 180.048 | 8.9% |
| Lorene Flewellen 1410 Daly Road Wheaton, IL 60187 | Restricted Common | 120.032 | 5.9% |
| Dean Dalesandro 3420 Sunnyside Court Naperville, IL 60564 | Restricted Common | 60.016 | 3.0% |
| Wynnchurch Capital Partners, L.P. 6250 N River Rd, Suite 10-100 Rosemont, IL 60018 | Preferred | 7,893.049 | 36.5% |

| Shareholder | Class of Stock | Aggregate Number of Shares | Percentage of Total Shares |
|---|---|---|---|
| Wynnchurch Capital Partners Canada, L.P.<br>6250 N River Rd, Suite 10-100<br>Rosemont, IL 60018 | Preferred | 8,149.056 | 37.7% |
| MERS Investment Partnership, L.P.<br>11 Madison Avenue -13th floor<br>New York, NY 10010 | Preferred | 3,240.270 | 15.0% |
| CSG Fund Investment and Program III, L.P.<br>11 Madison Avenue -13th floor<br>New York, NY 10010 | Preferred | 1,080.090 | 5.0% |
| CFIG Co-Investors, L.P.<br>11 Madison Avenue -13th floor<br>New York, NY 10010 | Preferred | 227.390 | 1.1% |
| JVA Investments Alpha, LLC<br>707 Skokie Blvd, Suite 600<br>Northbrook, IL 60062 | Preferred | 898.230 | 4.2% |
| Daniel P. Wilson<br>1 Lakeside Lane<br>North Barrington, IL 60010 | Preferred | 113.690 | 0.5% |

# DECLARATION UNDER PENALTY OF PERJURY

I, Jacqueline M. Barry, Chief Financial Officer of UFC Interlake Holding Co., the debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the foregoing list of equity security holders of the Debtor and that it is true and correct to the best of my information and belief.

Dated: January 13, 2009

/s/ Jacqueline M. Barry
Jacqueline M. Barry
Chief Financial Officer